No. 10–8580.   SHAHIN v. STROSSER ET AL.   C. A. 3d Cir.   Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until April 18, 2011, within which to pay the

docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.